NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

INTEREST RECOVERY, INC., and      )
WILLIAM CRESCENZO;                )
                                  )
          Appellants,             )
                                  )
v.                                )    Case No. 2D17-2879
                                  )
PAT FRANK, AS CLERK OF            )
COURT OF THE THIRTEENTH           )
JUDICIAL CIRCUIT IN AND FOR       )
HILLSBOROUGH COUNTY;              )
SHEILA M. HENSLEY; JORGE L.       )
DE LA BARRA; et. al.,             )
                                  )
          Appellees.              )
_____)

Opinion filed March 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for
Hillsborough County; Laurel M. Lee,
Judge.

Ann M. Allison of Allison Law Group,
Tampa, for Appellants.

David M. Caldevilla and Donald C.P.
Greiwe of de la Parte & Gilbert, P.A.,
Tampa; and Dale K. Bohner, General
Counsel for the Clerk, Tampa, for
Appellee Pat Frank, Clerk of the Court.

No appearance for remaining
Appellees.

PER CURIAM.

Affirmed.

KHOUZAM, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.